# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASAN GAL, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:16-cv-00868-JAD-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| NYE COUNTY, NEVADA, et al., ) | |
| ) | |
| Defendants. ) | |

On July 29, 2016, the court entered a minute order (ECF No. 15) denying without prejudice the parties' stipulated discovery plan because it did not comply with Local Rule 26-1.  The court required the parties to meet and confer and to file a revised stipulated discovery plan that complies with Local Rule 26-1.  The parties then filed a revised stipulated discovery plan and scheduling order (ECF No. 16), which was denied for failure to comply with Local Rule 26-1(b).  The parties were then ordered (ECF No. 17) to meet and confer and to file a revised stipulated discovery plan and scheduling order.

The parties have now submitted a further revised stipulated discovery plan and scheduling order (ECF No. 18) that does not comply with Local Rules 26-1(b)(7)-(9).

//
//
//
//
//
//
//

IT IS THEREFORE ORDERED that the parties' stipulated discovery plan and scheduling order (ECF No. 18) is DENIED without prejudice. The parties must meet and confer and file a revised stipulated discovery plan that complies with Local Rules 26-1(b)(7)-(9) by September 3, 2016.

IT IS FURTHER ORDERED that by September 3, 2016, the attorneys in this case must file certifications stating that they have read Local Rule 26-1. The attorneys are advised that the court's local rules were amended effective May 1, 2016.

DATED: August 23, 2016

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**