**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JASAN GAL,

      Plaintiff,

  v.

NYE COUNTY, NEVADA, et al,

      Defendants.

Case No. 2:16-cv-00868-JAD-CWH

**ORDER**

Presently before the court is Plaintiff's notices (ECF Nos. 26, 27, 28, and 29) of video deposition, filed on October 27, 2016. Under Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the court. No such order has been issued in this case.

IT IS THEREFORE ORDERED that the Clerk must STRIKE Plaintiff's notices (ECF Nos. 26, 27, 28, 29).

DATED: October 31, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge